# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-00202-CR-W-BP-01 |
| ) | |
| LAWRENCE ALLEN VILLAR, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on review of the Forensic Report, (Doc. 25), prepared by Order of the Court, (Doc. 21), pursuant to the Government's Motion for Psychiatric Examination of the Defendant, (Doc. 18). United States Magistrate Judge Sarah W. Hays has recommended that this Court enter an Order find Defendant is mentally competent to stand trial. (Doc. 31.) No objections were filed by the parties.

After an independent and careful review, the Court **ADOPTS** Judge Hays' Report and Recommendation, (Doc. 31). Accordingly, the Court find Defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense.

**IT IS SO ORDERED.**

/s/Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: 3/6/2015